IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00961-ZLW

JOHN J. McCARTHY,

Applicant,

v.

WARDEN USP FLORENCE,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 16 2008

GREGORY C. LANGHAM
                    CLERK

---

ORDER DENYING MOTIONS TO RECONSIDER

---

Applicant John J. McCarthy has filed *pro se* on October 1, 2008, a document titled "Rule 52(b); 59(e); 60(b) Motion." On October 3, 2008, he filed a "Second Motion Pursuant to Rules 52(b); 59(e); 60(b)." In the motions Mr. McCarthy asks the Court to reconsider and vacate the Court's Order of Dismissal and the Judgment filed in this action on September 25, 2008. The Court must construe the motions to reconsider liberally because Mr. McCarthy is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motions to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. McCarthy filed the motions to reconsider within ten days after the

Judgment was entered in this action on September 25, 2008. Therefore, the Court will consider the motions to reconsider pursuant to Rule 59(e). *See id.* The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. *See Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000).

The Court dismissed the instant habeas corpus action as successive or abusive because Mr. McCarthy is raising claims that either were addressed on the merits in a prior habeas corpus action or should have been raised in the prior habeas corpus action. Mr. McCarthy argues in the motion to reconsider filed on October 1 that the Court cannot raise the issue of whether the application is successive or abusive sua sponte and that the Court should have held an evidentiary hearing to consider his arguments. Mr. McCarthy argues in the second motion to reconsider filed on October 3 that the application is not successive or abusive.

Upon consideration of the motions to reconsider and the entire file, the Court finds that Mr. McCarthy fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. Mr. McCarthy does not allege the existence of any new law or evidence and he fails to convince the Court of the need to correct clear error or prevent manifest injustice. The Court's Order of Dismissal addresses Mr. McCarthy's argument that the Court can not raise the issue of whether the application is successive or abusive sua sponte. The Court also finds that Mr. McCarthy's other arguments are refuted by the Order and Judgment entered by the

United States Court of Appeals for the Tenth Circuit in Mr. McCarthy's prior habeas corpus action and no evidentiary hearing was necessary to consider the Tenth Circuit's Order and Judgment. Therefore, the motions to reconsider will be denied. Accordingly, it is

ORDERED that the "Rule 52(b); 59(e); 60(b) Motion" filed on October 1, 2008, and the "Second Motion Pursuant to Rules 52(b); 59(e); 60(b)" filed on October 3, 2008, are denied.

DATED at Denver, Colorado, this 15 day of Oct., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00961-ZLW

John J. McCarthy
Reg. No. 38051-066
USP - Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/16/08

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk