IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00961-ZLW

JOHN J. McCARTHY,

    Applicant,

v.

WARDEN USP FLORENCE,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 2 2009

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Applicant's "Motion for Order Accordingly" filed on June 1, 2009, is DENIED because this Court lacks jurisdiction to consider the motion. The United States Court of Appeals for the Tenth Circuit has not issued its mandate returning jurisdiction to this Court.

Dated: June 2, 2009

Copies of this Minute Order mailed on June 2, 2009, to the following:

John J. McCarthy
Reg No. 38051-066
USP - Florence
P.O. Box 7000
Florence, CO 81226

_____
Secretary/Deputy Clerk