IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-00961-REB-MJW

JOHN J. McCARTHY,

      Applicant,

v.

WARDEN USP FLORENCE,

      Respondent.

## ORDER REFERRING HABEAS PETITION TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION

**Blackburn, J.**

This matter comes before the Court, *sua sponte*.

**IT IS ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), and D.C.COLO.LCivR 72.1C.3, the United States Magistrate Judge is designated to conduct proceedings in this action as follows:

(X)    Hear and determine pretrial matters, as referred.

(X)    Provide a report and recommendation with regard to the petition.

**IT IS FURTHER ORDERED that parties and counsel shall be familiar and comply with the undersigned judge's requirements found at www.cod.uscourts.gov.**

Dated June 23, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge