IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00961-REB-MJW

JOHN J. McCARTHY,

Petitioner,

v.

WARDEN USP FLORENCE,

Respondent.

---
MINUTE ORDER
---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the petitioner's Motion for Ruling on Merits [Docket No. 54]  is granted to the extent that the matter has been taken under advisement, and a report and recommendation will be issued by this court on the petition in due course.

Date: December 1, 2009